Opinion issued April 23, 2019



In The

# Court of Appeals

### For The

# First District of Texas

---

## NO. 01-19-00250-CV

---

## IN RE RAOUL B. DRAEGER, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Raoul B. Draeger, has filed a petition for a writ of mandamus, challenging the trial court's ruling in a discovery dispute.[1]

We deny the petition and dismiss relator's request for emergency relief as moot.

---

[1] The underlying case is *Raoul B. Draeger v. Cesar A. Rios*, Cause No. 2018-50894, in the 165th District Court of Harris County, Texas, the Honorable Ursula A. Hall presiding.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.